[No. 26454-4-II.   Division Two.   April 1, 2003.]

*In the Matter of the Personal Restraint of* BONNIE JONES, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[Nos. 27515-5-II; 27525-2-II.   Division Two.   April 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN GENE GALPIN, *Appellant.*

Appeals from a judgment of the Superior Court for Lewis County, No. 00-1-00483-9, David R. Draper, J., entered June 20, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 28233-0-II.   Division Two.   April 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK VERNON EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00583-5, David R. Draper, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28617-3-II.   Division Two.   April 1, 2003.]

ROBERT G. GORLEY, *Respondent*, v. THE ESTATE OF DENISE D. GORLEY, *et al.*, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-4-00993-5, Kitty-Ann van Doorninck, J., entered March 28, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.